UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SHAHIN HASSANPOUR and A Class of Similarly Situated Persons, | § § § | |
| Petitioners, | § § § | |
| v. | § | No. 3:17cv270 |
| | § § | |
| DONALD TRUMP, President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY ("DHS"); U.S. CUSTOMS AND BORDER PROTECTION ("CBP"); JOHN KELLY, Secretary of DHS; KEVIN K. MCALEENAN, Acting Commissioner of CBP; and CLEATUS P. HUNT, JR., Dallas/Ft. Worth Port Director, CBP, | § § § § § § § § § § § | |
| Respondents. | § | |

**PETITIONER'S MOTION TO DISMISS AS MOOT EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

NOW COMES Petitioner Shahin Hassanpour, petitioner in the above-referenced matter, and moves to dismiss the emergency motion filed, through undersigned counsel, on January 29, 2017. Respondents agreed to comply with the nationwide stay issued in *Darweesh and Alshawi v. Trump et. al.*, Cause No. 17 Civ. 480 (AMD) in the U.S. District Court for the Eastern District of New York. Because Respondents agreed not to remove any persons detained at DFW International Airport subject to the President's January 27, 2017, Petitioner's emergency motion is now moot.

WHEREFORE Petitioner Hassanpour requests that this Court dismiss her emergency motion as moot.

1

Date: January 29, 2016                             Respectfully submitted,

                                                                                        /s/ Javier N. Maldonado  
                                                                                        Javier N. Maldonado  
                                                                                        State Bar No. 00794216  
                                                                                        Law Office of Javier N. Maldonado, PC  
                                                                                        8918 Tesoro Dr., Ste. 575  
                                                                                        San Antonio, TX  78217  
                                                                                        Tel. (210) 277-1603  
                                                                                        Fax (210 587-4001  
                                                                                        Email:  jmaldonado.law@gmail.com